**Chester County Art Association**                                                                                              21344

Patricia Halsey                                                                    4/8/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/28/2019 | Bill | EX168-0119 | 48.75 | 48.75 | | 48.75 |
| 3/31/2019 | Bill | EX164-0106 | 35.75 | 35.75 | | 35.75 |
| | | | | | Check Amount | 84.50 |

Fulton Operating Acco                                                                                         84.50

**Chester County Art Association**                                                                                              21316

Patricia Halsey                                                                    4/1/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/31/2019 | Bill | Exton-March | 115.00 | 115.00 | | 115.00 |
| | | | | | Check Amount | 115.00 |

Fulton Operating Acco   Exton                                                                                 115.00

**Chester County Art Association**                                                                                              21261

Patricia Halsey                                                                    3/11/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/8/2019 | Bill | jw2 | 100.00 | 100.00 | | 100.00 |
| 3/8/2019 | Bill | Exton-2/28 | 23.00 | 23.00 | | 23.00 |
| | | | | | Check Amount | 123.00 |

Fulton Operating Acco                                                                                         123.00