# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **PATRICIA HALSEY** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **BANKRUPTCY NO. 19-11696** |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE
## (US BANK NATIONAL – CLAIMS REGISTER ENTRY NO. 1)

The DEBTOR has filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Judge Chan on October 1, 2019 at 11:00 AM in Courtroom #4, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorneydo not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.


Date: August 26, 2019                              _____/s/_____
                                                                            GARY E. THOMPSON, ESQUIRE
                                                                            882 S. Matlack Street
                                                                            Suite 101
                                                                            West Chester, PA 19380
                                                                            (610) 688-1111