## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Patricia Halsey                : CHAPTER 13
                    Debtor            :
                                      : BANKRUPTCY NO. 19-11696

## ORDER SUSTAING DEBTOR'S OBJECTION TO PROOF OF CLAIM
## (US Bank National. -CLAIMS REGISTER ENTRY NO.1)

AND NOW, this _____ day of _____, 2019 upon consideration of Debtor's Objection to the Proof of Claim of US Bank National , it is hereby ORDERED and DECREED that the Objection is SUSTAINED..

The claim of US Bank National is revised in the amount of $68,061.74, with no arrearages.

BY THE COURT:

_____

U.S. Bankruptcy Judge