<u>CERTIFICATE OF SERVICE</u>

      GARY E. THOMPSON, ESQUIRE, attorney for the Debtor, hereby certifies that on the 26th day of August, 2019, he served a copy of the foregoing Objection to Proof of Claim, together with the Notice of Objection and Hearing Date, on the following parties at the addresses indicated below by first class mail, postage prepaid:

US Bank National
C/O KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

Attn. Kevin McDonald, Esquire

                                        Respectfully submitted,

                                        /s/
                                _____

                                GARY E. THOMPSON, ESQUIRE
                                Attorney for Debtor