

**SPS** | SELECT Portfolio SERVICING, inc.

April 20, 2019

TO: Patricia M Halsey
3 Bryan Avenue
Malvern, PA 19355 0000

RE: Loan Number 0019236850
    Property Address 3 Bryan Avenue
                     Malvern PA 19355

Dear Customer(s)

CHANGES TO YOUR MORTGAGE INTEREST RATE ON 06-01-19 AND PAYMENT ON 07-01-19.

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. Your interest rate initially changed on December 01, 1996 and may change every 6 month(s) for the rest of your loan term. Your interest rate is scheduled to change again on December 01, 2019 with a corresponding payment change on January 01, 2020.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 10.10000% | 10.10000% |
| Principal | $ 551.25 | $ 560.58 |
| Interest | $ 582.17 | $ 572.85 |
| Escrow (Taxes & Insurance) | $ 503.91 | $ 503.91 |
| Total Monthly Payment | $ 1,637.33 | $ 1,637.34 Due 07-01-19 |

INTEREST RATE: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is 2.63138% and your margin is 4.75000%. Your index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published DAILY IN THE WALLSTREET JOURNAL.

19112169001948010200



RATE LIMIT(S): Your rate cannot go higher than 16.10000% or less than
10.10000% over the life of the loan.
Your rate can change each subsequent period by no more than 1.00000%.

NEW INTEREST RATE AND MONTHLY PAYMENT: The table above shows your new
interest rate and new monthly payment. Your new payment is based on the
6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE,
your margin, rounding of .12500 %, your loan balance of $ 68,061.74,
and your remaining amortized loan term of 84 months.

PREPAYMENT PENALTY: None

If you have any questions or concerns, please contact our Customer Service
Department toll-free at 1-800-258-8602 for more information.
Representatives are available Monday through Thursday between the hours of
8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m.
to 2 p.m., Eastern Time.

Esta carta contiene informaci-n importante concerniente a sus derechos
Por favor, traduzca esta carta. Nuestros representantes biling-es est-n
a su disposici-n para contestar cualquier pregunta. Llamenos al numero
            800-831-0118 y seleccione/marque la opci-n 2.

        This information is intended for informational purposes only
             and is not considered an attempt to collect a debt.
~AW997   048/CPI

