**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Patricia Halsey<br><br>                            Debtors. | Bankruptcy Case No: 19-11696 |

**CERTIFICATION OF NO RESPONSE**

    I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On August 26, 2019, I served via first class regular mail a true and correct copy of Debtors' Objection to Proof of Claim #1 (US Bank National), Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: September 27,2019                  */s/ Gary E. Thompson*
                                                     **GARY E. THOMPSON, ESQUIRE**
                                                       150 E. Swedesford Road, Suite 102
                                                       Wayne, PA 19087

                                                       Counsel for Debtors,