United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia M. Halsey  
      Debtor

Case No. 19-11696-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 11, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db         +Patricia M. Halsey,    3 Bryan Avenue,    Malvern, PA 19355-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:  
        GARY E. THOMPSON    on behalf of Debtor Patricia M. Halsey get24esq@aol.com  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| PATRICIA M. HALSEY | | |
| A/K/A PATRICIA KLEE | : | CASE NO: 19-11696 AMC |
| | : | |
| Debtor | : | |

## STIPULATION AND ORDER

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor, Patricia M. Halsey a/k/a Patricia Klee, and U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3, as follows:

1. On May 29, 2019, U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3 filed a secured Proof of Claim, Claim No. 1, in the amount of $296,987.99.

2. On August 26, 2019, Debtor filed an Objection to the Claim (Doc. No. 31).

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3, agree to the following:

   a. Debtor shall submit a substantially complete loss mitigation application by February 29, 2020.

   b. Additionally, beginning on February 1, 2020, Debtor shall also make regular post-petition payments on the first (1st) of each month in accordance with the

      terms of the note and mortgage while the loan modification application is pending.

c.    If a timely trial modification is obtained by May 15, 2020, Debtor shall then continue to make regular trial modification payment followed by regular permanent modification payments thereafter, both as directed within the modification documents.

d.    If either Debtor fails to make any of the referenced post-petition payments or fails to receive either a trial or permanent modification within the above agreed upon time frame, Movant may proceed with filing a Motion for Relief from the Automatic Stay.

_/s/ Gary E. Thompson_
GARY E. THOMPSON
Attorney for Debtor

/s/ Rebecca A. Solarz, Esquire
REBECCA A. SOLARZ
Attorney for Secured Creditor

SO ORDERED:
**Date: February 10, 2020**

_Ashely M. Chan_
Ashely M. Chan
United States Bankruptcy Court