United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11696-amc
Patricia M. Halsey                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 18, 2020
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db              +Patricia M. Halsey,    3 Bryan Avenue,    Malvern, PA 19355-3007
14290726        +LASALLE BANK,    United Lending Companies,    2571 Busse Road, Ste 200,
                  Elk Grove, IL 60007-6100
14295452        +U.S. Bank, National Association,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:25     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2020 18:16:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2020 18:17:18    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14333348         E-mail/Text: jennifer.chacon@spservicing.com Feb 18 2020 18:17:44
                  U.S. Bank National Association et. al,,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Patricia M. Halsey get24esq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2001-3, Asset-Backed Certificates, Series 2001-3
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICIA M HALSEY | Chapter 13 |
| Debtor | Bankruptcy No. 19-11696-AMC |

# **O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 18, 2020**

    _____
    Ashely M. Chan
    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
PATRICIA M HALSEY

3 BRYAN AVENUE

MALVERN, PA 19355